# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
2/23/2022 3:36:29 PM
Filing ID 13972882

JOSH A. VALDEZ (023509)
JOSEPH A. HOXIE (033225)
**VALDEZ LAW P.L.L.C.**
323 West Roosevelt Street, Suite 100
Phoenix, Arizona 85003
Phone: 480-264-0645
Email: joshvaldez@valdezazlaw.com

*Attorney for Plaintiff*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JILL LIBRETTI, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>QUIKTRIP CORPORATION, a foreign corporation; JOHN and JANE DOE I through X, fictitious individuals; ABC CORPORATION and Partnerships, I-X, fictitious entities,<br><br>Defendants. | Case No.:  CV2022-002260<br><br>**COMPLAINT**<br><br>(Tort-Motor Vehicle) |

Plaintiff, Jill Libretti, by and through undersigned counsel, for her causes of action against the Defendants, and each of them, alleges as follows:

### GENERAL ALLEGATIONS

### The Parties and Jurisdiction

1. That at all time material herein, Plaintiff was a resident of Maricopa County, Arizona.

2. The events giving rise to this cause of action occurred in Maricopa County, Arizona. Venue is proper in this Court.

Complaint                                             1 | P a g e

3. This Court has personal jurisdiction over Defendant **QUIKTRIP CORPORATION**.

4. The amount of controversy herein exceeds the minimum jurisdictional limits of this Court.

5. That at all times material herein, **QUIKTRIP CORPORATION** was located 2725 West Peoria in Phoenix, Arizona. (the "Premises") and was duly authorized to conduct business in the State of Arizona.

6. The true names, capacities and/or relationships, whether individual, corporate, partnership, or otherwise, of Defendants JOHN DOES I-X, ABC CORPORATIONS I-X, and PARTNERSHIPS I-X, inclusive, and each of them, are and were unknown to Plaintiff at the time of filing of this Complaint and Plaintiff therefore sues said Defendants, and each of them, by fictitious names. Plaintiff will ask leave of Court to amend this Complaint to show the true names, capacities, and/or relationships when the same have been ascertained and, therefore, alleges that all of said fictitiously-named Defendants were either joint tortfeasors and/or jointly and severally legally responsible in some manner for the events and happenings herein and proximately caused the injuries and damages to Plaintiff as herein set forth.

7. Defendants JOHN DOES I-X were agents, employees, and/or subcontractors of Defendant Wal-Mart. Accordingly, Defendant is vicariously liable for the negligence of Defendants JOHN DOES I-X in causing the injuries and damages to Plaintiff.

**The Events**

8. On October 18, 2020, Plaintiff was lawfully on the "Premises" as a business invitee.

9. While walking towards a beverage cooler, Plaintiff slipped on spilled ice cream on the floor causing her to fell.

10. Defendant **QUIKTRIP CORPORATION** does not dispute that ice cream was on the floor at the time Plaintiff fell.

11. Defendant **QUIKTRIP CORPORATION** does not dispute that Plaintiff fell.

12. Plaintiff's fall was captured by surveillance cameras and recorded.

13. Defendant **QUIKTRIP CORPORATION** is a self-service business.

14. On said date, Defendant **QUIKTRIP CORPORATION** carelessly, recklessly, and negligently maintained the Premises, specifically where Plaintiff had fallen from the dangerous condition on the floor. Defendant Wal-Mart failed to place any cones, barricades, markers, yellow tape, or otherwise warning signs of the dangerous condition on the floor. The actions or inactions of Defendant Wal-Mart caused Plaintiff to injury herself and sustain damages.

15. Defendant **QUIKTRIP CORPORATION** had constructive and/or actual notice of the dangerous and unsafe condition on the floor or should have prevented said dangerous condition on the floor through its mode of operation.

16. The unreasonably and dangerous condition on the floor at the Premises was not a dangerous condition that Plaintiff reasonably should or could have discovered for herself.

17. As a direct and proximate result and cause of the negligence of Defendant **QUIKTRIP CORPORATION**, Plaintiff suffered serious injuries and damages, which will continue, the nature and extent of which will be proven with specificity upon the trial of this matter.

18. As a direct and proximate result of the negligence of Defendant **QUIKTRIP CORPORATION**, Plaintiff has incurred expenses and other damages in connection with the care and treatment she received for her injuries, past, present, and

future, which will continue, and in an amount that will be proven with specificity upon the trial in this matter.

19. As a direct and proximate result of the negligence of Defendant **QUIKTRIP CORPORATION**, Plaintiff suffered general damages, consisting of pain, suffering, discomfort, disability, disfigurement, anxiety, frustration, inconvenience, and more, which will continue, the exact nature and extent of which will be proven with specificity upon the trial of this matter.

WHEREFORE, Plaintiff prays for judgment against Defendant **QUIKTRIP CORPORATION** as follows:

A. For reasonable and fair sums to compensate Plaintiff for her past and future medical expenses incurred in an amount to be proven at trial;

B. For reasonable and fair sums to compensate Plaintiff for her physical and mental pain and suffering, anxiety, permanent impairment, permanent injuries, apprehension, and nervousness, among other general damages, in an amount to be proven at trial;

C. For Plaintiff's costs and expenses incurred to date, and to be incurred in the future in this action.

D. For such other and further relief as this Court deems just and proper under the circumstances.

DATED this 18th day of February, 2022.

VALDEZ LAW P.L.L.C.

By: /s/ Josh A. Valdez
    JOSH A. VALDEZ
    JOSEPH A. HOXIE
    323 W. Roosevelt Street, Suite 100
    Phoenix, Arizona 85003
    Attorney for Plaintiff

**ORIGINAL** of the foregoing filed this 18th day of February, 2022 with:

Clerk of the Court

/s/ Josh A. Valdez

Complaint     5 | Page

# EXHIBIT B

# AFFIDAVIT OF SERVICE

| Case: CV2022-002260 | Court: Maricopa Superior DT | County: Maricopa, AZ | Job: 6784610 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Jill Libretti | | **Defendant / Respondent:** QuikTrip | |
| **Received by:** QuickServeAZ | | **For:** Valdez Law, PLLC | |
| **To be served upon:** QuikTrip | | | |

I, Antoine Cobb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  QuikTrip c/o CT Corporation , 3800 N CENTRAL AVE 460, PHOENIX, AZ 85012-1908
**Manner of Service:**  Corporation, Mar 9, 2022, 11:04 am MST
**Documents:**  Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Mar 9, 2022, 11:04 am MST at 3800 N CENTRAL AVE 460, PHOENIX, AZ 85012-1908 received by QuikTrip c/o CT Corporation . Other: Christine Napier;

**Fees:**  $65.00

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_Antoine P. Cobb_                    03/10/2022
**Antoine Cobb**                     **Date**
MC8985 - Maricopa

QuickServeAZ
PO Box 16125
Phoenix, AZ 85011
602-888-3237

# EXHIBIT C

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
2/23/2022 3:36:29 PM
Filing ID 13972885

Person/Attorney Filing: Josh A Valdez
Mailing Address: 323 W. Roosevelt Street Suite 100
City, State, Zip Code: Phoenix, AZ 85003
Phone Number: (623)810-5561
E-Mail Address: joshvaldez@valdezazlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 023509, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Jill Libretti
Plaintiff(s),
v.
QUIKTRIP
Defendant(s).

Case No. CV2022-002260

**SUMMONS**

To: QUIKTRIP

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #6565254

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *February 23, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# EXHIBIT D

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
C. Cuellar, Deputy
2/23/2022 3:36:29 PM
Filing ID 13972884

Person/Attorney Filing: Josh A Valdez
Mailing Address: 323 W. Roosevelt Street Suite 100
City, State, Zip Code: Phoenix, AZ 85003
Phone Number: (623)810-5561
E-Mail Address: joshvaldez@valdezazlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 023509, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Jill Libretti<br>Plaintiff(s),<br>v.<br>QUIKTRIP<br>Defendant(s). | Case No. CV2022-002260<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Josh A Valdez /s/
Plaintiff/Attorney for Plaintiff

# EXHIBIT E

 > Docket

# Civil Court Case Information - Case History

## Case Information
Case Number:   CV2022-002260          Judge:      Mikitish, Joseph
File Date:     2/23/2022              Location:   Downtown
Case Type:     Civil

## Party Information
| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Jill Libretti | Plaintiff | Female | Josh Valdez |
| Quiktrip Corporation | Defendant | | Pro Per |

## Case Documents
| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 3/14/2022 | AFS - Affidavit Of Service | 3/18/2022 | |

**NOTE:** QUIKTRIP

| 2/23/2022 | COM - Complaint | 2/24/2022 | |

**NOTE:** Complaint

| 2/23/2022 | CSH - Coversheet | 2/24/2022 | |

**NOTE:** Civil Cover Sheet

| 2/23/2022 | CCN - Cert Arbitration - Not Subject | 2/24/2022 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| 2/23/2022 | SUM - Summons | 2/24/2022 | |

**NOTE:** Summons

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**